**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TALK FUSION, INC.,
        Plaintiff,

vs.                                             CASE NO. 8:13-CIV-66-T-17-AEP

THOMAS CARTER,
        Defendant.
_____/

**ORDER DENYING TEMPORARY RESTRAINING ORDER**

This cause is before the Court on the plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 9).  The Court, having reviewed, the record in this cause declines to enter a restraining order without service and notice to the defendant.  The Court will refer the motion for preliminary injunction to the assigned magistrate judge for resolution, either by report and recommendation or with finality if the parties consent to the same.  Accordingly, it is

**ORDERED** that the  motion for a temporary restraining order  (Doc. 9)  be **denied** and motion for preliminary injunction (Doc. 9)  be **referred** to the assigned magistrate judge.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of January, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record